```
 1 | BILL LOCKYER
   | Attorney General of the State of California
 2 | ROBERT R. ANDERSON
   | Chief Assistant Attorney General
 3 | GERALD A. ENGLER
   | Senior Assistant Attorney General
 4 | ENID CAMPS
   | Supervising Attorney General
 5 | MICHAEL CHAMBERLAIN
   | Deputy Attorney General
 6 | State Bar No. 185620
   |    455 Golden Gate Avenue, Suite 11000
 7 |    San Francisco, California 94102-7004
   |    Telephone: (415) 703-5892
 8 |    Facsimile: (415) 703-1234
   | Attorneys for Defendant Lockyer
 9 |
```

**FILED**

JUL 2 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH LYNN MOORE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BILL LOCKYER, Attorney General of California;<br>THOMAS J. ORLOFF, District Attorney for the<br>County of Alameda; and JOE SABINY of the Santa<br>Clara County Crime Laboratory et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. C 04-1952 MHP (pr)<br><br>~~PROPOSED~~ ORDER<br>GRANTING STIPULATED<br>REQUEST TO EXTEND TIME<br>FOR HEARING ON MOTION<br>TO DISMISS, PURSUANT TO<br>CIVIL L.R. 6-2(a) |

Plaintiff and defendants in this action hereby stipulate, pursuant to Civil Local Rule 6-2(a), that the hearing date on defendants' Motions to Dismiss be continued from August 8, 2005, to September 12, 2005, at 2:00 p.m. Plaintiff and defendants further stipulate that, in connection with the new hearing date and pursuant to Civil Local Rule 7-3(c), the deadline for any reply brief filed is now August 29, 2005.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/25/05

_____
MARILYN HALL PATEL
United States District Court Judge