FILED

OCT 30 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KENNETH LYNN MOORE, | No. 06-15016 |
| Plaintiff - Appellant, | D.C. No. CV-04-01952-MHP<br>Northern District of California,<br>San Francisco |
| v. | |
| EDMUND G. BROWN, Jr., Attorney General for the State of California; THOMAS ORLOFF, District Attorney for the County of Alameda; JOE FABINY, | ORDER |
| Defendants - Appellees. | |

Before: HUG, W. FLETCHER and CLIFTON, Circuit Judges.

The petition for panel rehearing, filed October 10, 2008, is hereby DENIED.