```
                                                              FILED
     UNITED STATES COURT OF APPEALS
                                                              NOV 13 2008
           FOR THE NINTH CIRCUIT
                                                     MOLLY C. DWYER, CLERK OF COURT
                                                         U.S. COURT OF APPEALS
```

| | |
|---|---|
| KENNETH LYNN MOORE, | No. 06-15016 |
| | D.C. No. CV-04-01952-MHP |
| Plaintiff - Appellant, | Northern District of California, |
| | San Francisco |
| V. | |
| BILL LOCKYEAR, Attorney General for the State of California THOMAS ORLOFF, District Attorney for the County of Alameda JOE FABINY, | **MANDATE** |
| Defendants - Appellees. | |

The judgment of this Court, entered 09/26/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.


FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Rhonda Roberts
Deputy Clerk